IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DEMITRIUS COLEMAN ,

    Petitioner,

v.

MATTEW MARSKE,

    Respondent.

ORDER

Case No. 19-cv-332-wmc

Petitioner Demitrius Coleman seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner has neither paid the $5 filing fee nor requested leave to proceed without prepayment of the filing fee. For this case to move forward, petitioner must pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee no later than May 20, 2019. Any motion for leave to proceed without prepayment of the filing fee must include a certified copy of an inmate trust fund account statement (or institutional equivalent) for the six-month period beginning approximately October 26, 2018 through the date of the petition, April 26, 2019.

ORDER

IT IS ORDERED that:

1.    Petitioner Demitrius Coleman may have until May 20, 2019, to pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee.

2. If petitioner does not submit either the $5 payment or a motion for leave to proceed without prepayment before May 20, 2019, I will assume that petitioner wishes to withdraw this petition.

Entered this 29th day of April, 2019.

BY THE COURT:

/s/

PETER OPPENEER
Magistrate Judge